FILED

2007 OCT 10 A 9: 22

GERALD E. FUERST
CLERK OF COURTS
CUYAHOGA COUNTY



$ 100 DEPOSITED

OCT 1 0 2007

SECURE COSTS
GERALD E. ... Clerk of Courts
PER _____ DEPUTY

### IN THE COURT OF COMMON PLEAS
#### CUYAHOGA COUNTY, OHIO

|  |  |  |
|---|---|---|
| | | Complaint |
| | | BRIAN J CORRIGAN |
| Nancy J.Amantea | ) | CA  CV 07 638207 |
| 11248 Norton Drive | ) | JUDGE |
| Chesterland, Ohio 44026 | ) | |
| | ) | |
| And | ) | |
| | ) | |
| Carmen P. Arrigo | ) | |
| 11248 Norton Drive | ) | |
| Chesterland, Ohio 44026 | ) | |
| | ) | |
| And | ) | |
| | ) | |
| Jeffrey H. Berry | ) | |
| 1894 Surrey Place | ) | |
| Gates Mills, Ohio 44040 | ) | |
| | ) | |
| And | ) | |
| | ) | |
| George Bostick IV | ) | |
| 537 Myrtle Road | ) | |
| Naples, Florida 34108 | ) | |
| | ) | |
| And | ) | |
| | ) | |
| Steven A.Calabrese | ) | |
| 1110 Euclid Avenue, Suite 300 | ) | |
| Cleveland, Ohio 44115 | ) | |
| | ) | |
| And | ) | |

# Exhibit A

Raquel Castro
64 Eldred Avenue
Bedford, Ohio 44146

And

Sheldon Gordon
3450 Green Road
Beachwood, Ohio 44122

And

CCAG, Ltd.
1110 Euclid Avenue, Suite 300
Cleveland, Ohio 44115

And

Domenic D. Ciricillo
6091 Castlehill Drive
Highland Heights, Ohio 44143

And

James M. Ciricillo
6091 Castlehill Drive
Highland Heights, Ohio 44143

And

Linda Ciricillo
6091 Castlehill Drive
Highland Heights, Ohio 44143

And

Mary Ciricillo
797 Village Trail
Gates Mills, Ohio 44040

And

Coffee King, Inc.                                    )
c/o Frank Regalbuto                                   )
797 Village Trail                                    )
Gates Mills, Ohio 44040                              )
                                                     )
     And                    )
                                                     )
Horace Consolo                                        )
8000 Eagle Road                                      )
Kirtland, Ohio 44094                                 )
                                                     )
     And                    )
                                                     )
John Consolo, Jr.                                    )
777 Village Circle                                   )
Gates Mills, Ohio 44040                              )
                                                     )
     And                    )
                                                     )
John Consolo, Sr.                                    )
777 Village Circle                                   )
Gates Mills, Ohio 44040                              )
                                                     )
     And                    )
                                                     )
Joseph Consolo                                       )
777 Village Circle                                   )
Gates Mills, Ohio 44040                              )
                                                     )
     And                    )
                                                     )
Thomas Consolo                                       )
777 Village Circle                                   )
Gates Mills, Ohio 44040                              )
                                                     )
     And                    )
                                                     )
Mary D'Angelo                                        )
1913 East 123rd Street                          )
Cleveland, Ohio 44106                                )
                                                     )
     And                    )
                                                     )
Nicole Delauro                                       )
1367 Clearview Road                                  )
Lyndhurst, Ohio 44124                                )

And )
)
)
Susan Russell Giordano )
199 Willow Lane )
Chagrin Falls, Ohio 44022 )
)
And )
)
David Koski )
6320 Longspur Road )
Highland Heights, Ohio 44143 )
)
And )
)
Robert J. Kups )
33411 Cedar Road )
Mayfield Heights, Ohio 44124 )
)
And )
)
Michael LaMonica )
19608 Thornridge Avenue )
Cleveland, Ohio 44135 )
)
And )
)
Robert LaMonica )
1534 Rockefeller Road )
Wickliffe, Ohio 44092 )
)
And )
)
Virginia LaMonica )
9491 Ridgeside Road )
Mentor, Ohio 44060 )
)
And )
)
Frank Laricca, Jr. )
5130 Parkside Trail )
Solon, Ohio 44139 )
)
And )
)
Donald Lombardo )

4

511 Jeanette Road                         )
Richmond Heights, Ohio 44143              )
                                          )
        And                               )
                                          )
Anthony Lorello                           )
8110 Sandstone Drive                      )
Sagamore Hills, Ohio 44067                )
                                          )
        And                               )
                                          )
Barbara Madrigal                          )
64 Eldred Avenue                          )
Bedford, Ohio 44146                       )
                                          )
        And                               )
                                          )
Rodrigo Madrigal, Jr.                     )
8003 Goldenrod Lane                       )
Bensalem, Pennsylvania 19020              )
                                          )
        And                               )
                                          )
Charles J. Magistro                       )
67 Spring Hill Circle                     )
Wayne, New Jersey 07470                   )
                                          )
        And                               )
                                          )
Grace McKibben                            )
1925 East 123rd Street               )
Cleveland, Ohio 44106                     )
                                          )
        And                               )
                                          )
Barbara Russell Melzer                    )
122 Colony Road                           )
Darien, Connecticut 06820                 )
                                          )
        And                               )
                                          )
James Mitchell                            )
11511 Heath Road                          )
Chesterland, Ohio 44026                   )
                                          )
        And                               )

Angela Molitoris )
381 West St. Andrews Drive )
Highland Heights, Ohio 44143 )
)
     And )
)
Robert Montanari )
7632 Westlake Boulevard )
Kent, Ohio 44240 )
)
     And )
)
David E. Nager )
574 Charles Place )
Highland Heights, Ohio 44143 )
)
     And )
)
Carmen Parise )
386 West Glen Eagle Drive )
Highland Heights, Ohio 44143 )
)
     And )
)
Charles Parise )
4550 Edmund Drive )
South Euclid, Ohio 44121 )
)
     And )
)
Basil Perin, Jr. )
12060 Parker Drive )
Chesterland, Ohio 44026 )
)
     And )
)
Paul Perrotti )
1414A Golden Gate Boulevard #20 )
Mayfield Heights, Ohio 44124 )
)
     And )
)
Dan Petrich )
6220 Inland Shores Drive )
Mentor, Ohio 44060 )

And                                                      )
                                                         )
                                                         )
Frank Regalbuto                                          )
797 Village Trail                                        )
Gates Mills, Ohio 44040                                  )
                                                         )
        And                                              )
                                                         )
Frank Regalbuto, Jr.                                     )
31100 Ainsworth Drive                                    )
Pepper Pike, Ohio 44124                                  )
                                                         )
        And                                              )
                                                         )
Frank Regalbuto, Jr.   (As Parent and Next Friend        )
of Avalon Regalbuto, a minor)                            )
31100 Ainsworth Drive                                    )
Pepper Pike, Ohio 44124                                  )
                                                         )
        And                                              )
                                                         )
Frank Regalbuto, Jr. (as Parent and Next Friend          )
of Delilah Regalbuto., a minor)                          )
31100 Ainsworth Drive                                    )
Pepper Pike, Ohio 44124                                  )
                                                         )
        And                                              )
                                                         )
Frank Regalbuto, Jr. (as Parent and Next Friend          )
of Frank Regalbuto III, a minor)                         )
31100 Ainsworth Drive                                    )
Pepper Pike, Ohio 44124                                  )
                                                         )
        And                                              )
                                                         )
Frank Regalbuto, Jr. (as Parent and Next Friend          )
of Marco Regalbuto, a minor)                             )
31100 Ainsworth Drive                                    )
Pepper Pike, Ohio 44124                                  )
                                                         )
        And                                              )
                                                         )
Frank Regalbuto, Jr. (as Parent and Next Friend          )
of Nina Regalbuto, a minor)                              )
31100 Ainsworth Drive                                    )

Pepper Pike, Ohio 44124              )

                                   )

         And                    )

                                   )

Joseph Regalbuto, Sr.              )

7900 Gates Mills Estates         )

Gates Mills, Ohio 44040         )

                                   )

         And                    )

                                   )

Joseph Regalbuto, Sr.  (as Parent and Next Friend  )

of Joseph Regabuto Jr., a minor)         )

7900 Gates Mills Estates         )

Gates Mills, Ohio 44040         )

                                   )

         And                    )

Michael Regalbuto, Sr.             )

769 Village Trail                )

Gates Mills, Ohio 44040         )

                                   )

         And                    )

Michael Regalbuto, Sr. (as Parent and Next Friend  )

of Donte Regalbuto, a minor)         )

769 Village Trail                )

Gates Mills, Ohio 44040         )

                                   )

         And                    )

Michael Regalbuto, Sr. (as Parent and Next Friend  )

of Gabriele Regalbuto, a minor)         )

769 Village Trail                )

Gates Mills, Ohio 44040         )

                                   )

         And                    )

Michael Regalbuto, Sr. (as Parent and Next Friend  )

of Isabel Regalbuto, a minor)         )

769 Village Trail                )

Gates Mills, Ohio 44040         )

                                   )

         And                    )

                                   )

Michael Regalbuto, Sr. (as Parent and Next Friend )
of Michael Regalbuto, Jr., a minor) )
769 Village Trail )
Gates Mills, Ohio 44040 )
)
      And )
)
Frank Regalbuto, Jr. (as Parent and Next Friend )
of Rachele Regalbulto, a minor) )
31100 Ainsworth Drive )
Pepper Pike, Ohio 44124 )
)
      And )
)
Joseph Regalbuto, Sr. (as Parent and Next Friend )
of Nicholas Regalbuto, a minor) )
7900 Gates Mills Estates )
Gates Mills, Ohio 44040 )
)
      And )
)
Michael Regalbuto, Sr. (as Parent and Next Friend )
of Renee Regalbuto, a minor) )
769 Village Trail )
Gates Mills, Ohio 44040 )
)
      And )
)
Reggie Homes, Incorporated )
797 Village Trail )
Gates Mills, Ohio 44040 )
)
      And )
)
Gina Rosson )
c/o JoAnn Consolo )
777 Village Circle )
Gates Mills, Ohio 44040 )
)
      And )
)
Jane K. Russo )
1930 Gulf Shore Boulevard )
Naples, Florida 34102 )
)
      And )

Frank Salvo                                )
7561 Northwoods Court                       )
Concord, Ohio 44077                         )
                                            )
        And                                 )
                                            )
Cristie Sciuva                              )
37455 Fox Run                               )
Solon, Ohio 44139                           )
                                            )
        And                                 )
                                            )
Ray Sciuva                                  )
37375 Fox Run                               )
Solon, Ohio 44139                           )
                                            )
        And                                 )
                                            )
Salvatore Sciuva                            )
7500 Liberty Road                           )
Solon, Ohio 44139                           )
                                            )
        And                                 )
                                            )
Theresa Sciuva                              )
37455 Fox Run                               )
Solon, Ohio 44139                           )
                                            )
        And                                 )
                                            )
Albert Thomas Skinner                       )
1435 Bethlehem Road                         )
Paris, Kentucky 40361                       )
                                            )
        And                                 )
                                            )
Betty Susteric                              )
15123 Trails Landing                        )
Strongsville, Ohio 44136                    )
                                            )
        And                                 )
                                            )
Ted Teresczuk Trust                         )
13410 Ledgebrook Lane                       )
Chagrin Falls, Ohio 44022                   )

And  )

Gae Teresczuk  )
13410 Ledgebrook Lane  )
Chagrin Falls, Ohio 44022  )

And  )

Charles Valentine  )
7243 Pelican Bay Boulevard  )
Naples, Florida 34108  )

And  )

Virginia Vitantonio  )
2110 Murray Hill Drive  )
Cleveland, Ohio 44106  )

And  )

Carol Voase  )
11322 Glen Eagle Court  )
Concord, Ohio 44077  )

And  )

Charlene M. Warner  )
35049 North Turtle Trail, Unit D  )
Willoughby, Ohio 44094  )

And  )

West Asphalt Paving Company  )
6829 Eastland Road  )
Middleburg Heights, Ohio 44130  )

And  )

Paulette York  )
5355 Summit Road  )
Lyndhurst, Ohio 44124  )

Plaintiffs  )

v.

Innotrac Corporation
6655 Sugarloaf Parkway
Duluth, Georgia 30097

    And

Scott Dorfman
c/o Innotrac Corporation
6655 Sugarloaf Parkway
Duluth, Georgia 30097

    And

David L. Gansey
c/o Innotrac Corporation
6655 Sugarloaf Parkway
Duluth, Georgia 30097

    And

David Ellin
c/o Innotrac Corporation
6655 Sugarloaf Parkway
Duluth, Georgia 30097

    And

Larry C. Hanger
c/o Innotrac Corporation
6655 Sugarloaf Parkway
Duluth, Georgia 30097

    And

Robert Toner, Jr.
c/o Innotrac Corporation
6655 Sugarloaf Parkway
Duluth, Georgia 30097

    Defendants

COMPLAINT
(Plaintiffs Demand A Trial By

COUNT ONE

(Violation of Section 10 (b) of the Securities and Exchange Act of 1934, 15 U.S.C. Section 10j

(b) and Securities And Exchange Commission Rule 10b-5, 17 C.F.R. 240.10b-5)

1. Plaintiffs are individuals or business entities residing or having their principal places of business at the addresses contained in the caption.

2. Defendant Innotrac Corporation ("Innotrac") is a business entity having offices at 6655 Sugarloaf Parkway, Duluth, Georgia 30097. The individual defendants are individuals who each, at all times material to this lawsuit, held high positions of authority with Innotrac. Each of the individual defendants' place of business is c/o Innotrac Corporation, 6655 Duluth, Georgia 30097. At all times material to this lawsuit the individual defendants held the following positions with Innotrac:

Scott Dorfman – Chairman, President and Chief Executive Officer

David L. Gansey – Senior Vice President, Chief Financial Officer and
Secretary

David Ellin – Senior Vice President, Sales

Larry Hanger – Senior Vice President, Client Services

Robert J. Toner, Jr. – Vice President, Logistics

3. Some time prior to 1998 David Dadante ("Dadante"), a resident of the Cleveland, Ohio area, created an investment vehicle that he called the IPOF fund. IPOF Fund was a "doing business as" designation of Coffee King, Inc., an Ohio Corporation. Dadante actively promoted the IPOF fund and managed the monies that were deposited with him for inclusion in the IPOF fund. Dadante developed and distributed promotional literature regarding the IPOF fund and created a contract to be signed by persons who deposited money with Dadante for inclusion in the IPOF fund. As described by Dadante in the promotional literature relating to the IPOF fund that Dadante delivered to potential depositors, the IPOF fund had a very specific and limited mission. Dadante specified in his promotional literature that money deposited with the IPOF fund would be used solely to purchase blocks of stock in initial public offerings ("IPO") which IPO stock was expected to rise in value quickly and would be sold by the IPOF fund almost immediately after purchase in order to generate significant profits. Dadante maintained that he had strong connections at the highest levels of the securities industry and that those connections would alert Dadante as to which initial public offerings would generate significant profits for the IPOF fund. Dadante had no such contacts and was not privy to any special information.

4. Each of the plaintiffs deposited money in the IPOF fund and received promotional literature relating to the IPOF fund from Dadante. Dadante deposited money received from the plaintiffs in a bank account titled to Coffee King, Inc. In addition to delivering the promotional literature to the

plaintiffs, Dadante told them that the IPOF fund would return in excess of twenty per cent (20%) per year to its depositors. In fact, any money distributed to plaintiffs by Dadante was money that Dadante acquired through his operation of a "Ponzi Scheme". Dadante did not tell plaintiffs that he was operating a "Ponzi Scheme". Dadante also told the plaintiffs that the IPOF fund monies would be kept in accounts established at Goldman, Sachs and at Merrill, Lynch which accounts would be insured up to Fifty Million Dollars ($50,000,000.00) and that the IPOF fund monies in the Goldman, Sachs and Merrill, Lynch accounts would be used only (i) to purchase initial public offering stock, (ii) to return profits to IPOF fund participants and (iii) to pay the reasonable and necessary expenses of the IPOF fund including a reasonable management fee to Dadante. Dadante never placed IPOF fund money in accounts at Merrill Lynch or Goldman, Sachs. Dadante used money deposited with him by plaintiffs to trade in stocks that were not IPO stocks. Dadante did not tell plaintiffs where IPOF fund money was really kept and what stocks Dadante traded with IPOF fund money.

5. Each of the plaintiffs, at the time they initially delivered money to Dadante for deposit in the IPOF fund signed the agreement that Dadante prepared for execution by depositors which agreement stated what Dadante could do with funds deposited in the IPOF fund. In the document signed by each plaintiff at the time he or she invested with Dadante, he or she was identified as "depositor" and Dadante was identified as the "President" of the IPOF fund.

None of the plaintiffs signed any document that identified them as partners, limited or general, in any enterprise with which Dadante was affiliated.

6. Stephen Glantz ("Glantz") while employed at various brokerage firms, including Advest Everin and Ferris Baker Watts ("FBW"), was the broker who executed stock trades that Dadante made with the money that had been deposited in the IPOF fund. Glantz and Dadante made certain stock trades without the knowledge and consent of IPOF fund depositors. Dadante did not tell plaintiffs that he had used IPOF fund money to open accounts at Advest, Everin and FBW. Glantz was aware that Dadante was using IPOF fund money to make those stock trades and Glantz and Dadante knew that those trades were beyond the scope of Dadante's authority as the IPOF fund manager and were not suitable transactions for the IPOF fund. Neither Glantz nor Dadante told plaintiffs that IPOF fund money was being used to buy and sell stock that was not IPO stock. Glantz and his employers, Advest Everin and FBW, engaged in activities in concert with Dadante using IPOF fund money that were designed to maximize the commission paid to Glantz, Advest, Everin and FBW due to stock trades made by Dadante and the IPOF fund.

7. Glantz, Advest Everin and FBW knew that Dorfman, Gansey, Ellin, Hanger and Toner had options to purchase Innotrac stock from Innotrac at relatively low prices. Innotrac stock was thinly traded and there was little or no market in which to sell the Innotrac stock that Dorfman, Gansey, Ellin, Hanger and Toner could purchase from Innotrac with their options thereby strongly

curtailing the ability of Dorfman, Gansey, Ellin, Hanger and Toner and Innotrac to profit by and through the exercise of their Innotrac stock options. Dorfman, Gansey, Ellin, Hanger and Toner entered into an arrangement with Glantz, Advest Everin and FBW and Dadante whereby Dadante would use IPOF fund money to purchase large amounts of Innotrac stock from Dorfman, Gansey, Ellin, Hanger and Toner at artificially high prices. The specific purpose of the IPOF Fund, a purpose known to each defendant named herein, precluded the use of IPOF Fund money to buy shares of Innotrac. Dadante did not advise plaintiffs that he had arranged with defendants to use IPOF fund money to purchase shares of Innotrac from defendants and Dadante did not advise defendants that IPOF fund money was being used to purchase Innotrac stock.

8. In or about 2002 Dadante knowingly and with the knowing assistance of Glantz, Advest, Everin and FBW began using IPOF fund money to purchase shares of Innotrac. Glantz, Advest, Everin and FBW and Dadante had prearranged with Dorfman, Gansey, Ellin, Hanger and Toner and Innotrac for the individual defendants to make their option shares of Innotrac available for purchase by Dadante with IPOF fund money. Virtually all of the Innotrac stock that Dadante purchased with IPOF fund money were shares that Dorfman, Gansey, Ellin, Hanger and Toner had acquired from Innotrac with their stock options and then made available for sale to Dadante at prices substantially higher than the option prices they had paid to Innotrac for those Innotrac shares. Defendants knew that Dadante was engaging in improper

conduct designed to artificially inflate the market value of Innotrac shares.
Defendants knew that Dadante was purchasing the individual defendants'
Innotrac option stock at artificially inflated prices.   Actions designed to
artificially inflate the price of Innotrac stock, actions of which defendants
were aware and actions that were concealed from the plaintiffs included, but
were not limited to:

      a.      Marking the close;

      b.      Wash sales;

      c.      Cross sales;

      d.      Fraudulent sales to and from the accounts of
investors who were not aware that they had traded
Innotrac stock, and

      e.      Manipulations designed to enhance Dadante's
margin buying power and to avoid the adverse
consequences of margin calls.

Defendants, Glantz, Advest, Everin and FBW and Dadante did not let
plaintiffs know that the practices and activities enumerated above were taking
place.   The practices and activities enumerated above were designed by
defendants, Glantz, Advest, Everin and FBW and Dadante to maximize
Dadante's ability to purchase Innotrac shares from the individual defendants,
which shares the individual defendants had purchased from Innotrac, at

artificially inflated prices. To entice Dadante to continue to purchase Innotrac shares from the individual defendants at artificially inflated prices, defendants, Glantz, Advest, Everin and FBW told Dadante that they would create a secondary offering whereby Dadante could sell his holdings in Innotrac stock for Twelve Dollars ($12.00) per share. Defendants, Glantz, Advest, Everin and FBW never intended to create a secondary offering. Defendants, Glantz, Advest, Everin and FBW and Dadante did not tell plaintiffs that a secondary offering was contemplated or that a secondary offering would not occur.

9. By the time that the plaintiffs discovered that Dadante had improperly used IPOF fund money to purchase Innotrac stock, that discovery occurring in or about November 2005, Dadante had improperly used IPOF fund money to purchase approximately Four Million Three Hundred Thousand (4,300,000) shares of Innotrac. By working with Dadante as purchaser of their Innotrac stock, stock that would ordinarily not command so high a price on the open market and for which there may not have been a market for a thinly traded stock such as Innotrac, Innotrac, Dorfman, Gansey, Ellin, Hanger and Toner made profits that, in the aggregate, exceeded Twenty Million Dollars ($20,000,000.00)

10. The arrangement described herein between Innotrac, Dorfman, Gansey, Ellin, Hanger and Toner and Glantz, Advest, Everin and FBW and Dadante whereby Dadante improperly used IPOF fund money to purchase Innotrac stock constituted a manipulative device, scheme or artifice to fraudulently induce plaintiffs as IPOF Fund depositors to purchase securities. Plaintiffs were

knowingly denied knowledge of that arrangement. In working knowingly with Glantz, Advest, Everin and FBW and Dadante to cause Dadante to purchase Innotrac stock, stock that Innotrac and each of the individual defendants knew should not have been purchased by the IPOF Fund, at artificially high prices improperly using IPOF Fund money as described above, Innotrac, Dorfman, Gansey, Ellin, Hanger and Toner violated, among other provisions, Section 10 (b) of the Securities and Exchange Act of 1934, as amended, 15 U.S.C. Section 10j (b) and Securities and Exchange Commission Rule 10b-5, 17 C.F.R. Section 240.10b-5.

11. The shares of Innotrac purchased by Dadante with IPOF Fund money as a result of the device, scheme and artifice created by Innotrac, Dorfman, Gansey, Ellin, Hanger and Toner and Glantz, Advest, Everin and FBW and Dadante as alleged herein are now worth substantially less than Dadante had paid for those shares and due to the nature of the market and the demand for Innotrac stock those shares are virtually unsalable. Since Dadante was improperly using IPOF fund money to purchase those Innotrac shares, the actual losers in the manipulative device, scheme and artifice used by Innotrac, Dorfman, Gansey, Ellin, Hanger and Toner, Glantz, Advest, Everin and FBW and Dadante as alleged herein to purchase shares of Innotrac at artificially high prices are the plaintiffs who provided Dadante with the money that was used to purchase the Innotrac shares.

12. As a direct and proximate result of the activities of Innotrac, Dorfman, Gansey, Ellin, Hanger and Toner as described herein, activities that were

undertaken by each of them with scienter, each of the plaintiffs has lost his or her investment in the IPOF fund. Further, as a direct and proximate result of the activities of Innotrac, Dorfman, Gansey, Ellin, Hanger and Toner, activities which were undertaken by each of them with scienter, each of the plaintiffs has suffered additional economic losses and has been caused to suffer mental and physical pain, suffering, humiliation and anguish. Innotrac, Dorfman, Gansey, Ellin, Hanger and Toner are jointly and severally liable to each of the plaintiffs for the losses that each of the plaintiffs sustained as a direct and proximate result of the manipulative device, scheme, device and artifice as alleged herein that induced Dadante to use IPOF Fund money deposited by each of the plaintiffs to improperly purchase shares of Innotrac at artificially high prices.

COUNT TWO

(RICO Violation)

13. Plaintiffs reallege paragraphs 1 through 12 of this Complaint.

14. Defendants Innotrac, Dorfman, Gansey, Ellin, Hanger and Toner in conjunction with Dadante, Glantz, Advest, Everin and FBW engaged in a pattern of racketeering activity as that term is defined by Federal Statute. Each time Innotrac, Dorfman, Gansey, Ellin, Hanger and Toner engaged in the sale of Innotrac stock that the individual defendants had purchased from Innotrac with their stock options to Dadante as the representative of the IPOF

Fund at artificially inflated prices, Innotrac, Dorfman, Gansey, Ellin, Hanger and Toner engaged in a predicate violation of Racketeering Influenced and Corporate Organization ("RICO") Act, 18 U.S.C. Sections 1961 et seq.. The predicate acts of Innotrac, Dorfman, Gansey, Ellin, Hanger and Toner undertaken in violation of RICO caused each of the plaintiffs in this case to sustain injury. As a direct and proximate result of the RICO violations of Innotrac, Dorfman, Gansey, Ellin, Hanger and Toner, each of the plaintiffs sustained personal economic injury due to the losses incurred by the IPOF fund attributable to purchases of Innotrac, Inc. stock.

15. Innotrac, Dorfman, Gansey, Ellin, Hanger and Toner are each jointly and severally liable to each plaintiff pursuant to RICO in amounts equal to three (3) times that plaintiff's losses attributable to the purchase of Innotrac, Inc. stock by the IPOF fund.

COUNT THREE

(Common Law Fraud)

16. Plaintiffs reallege paragraphs 1 through 15 of this Complaint.

17. Innotrac, Dorfman, Gansey, Ellin, Hanger and Toner by their actions, individually and in concert with one another, as described herein defrauded each of the plaintiffs. Innotrac, Dorfman, Gansey, Ellin, Hanger and Toner engaged in their fraud willfully, wantonly, maliciously and in reckless disregard for the rights of plaintiffs.

WHEREFORE plaintiffs request that this Honorable Court:

a. Find that Innotrac, Dorfman, Gansey, Ellin, Hanger and Toner violated Section 10 (b) of the Securities Exchange Act of 1934, 15 U.S.C. Section 78j (b), 17 C.F.R. 240.10-5, RICO, 18 U.S.C. Sections 1961 et seq. and committed fraud;

b. Order Innotrac, Dorfman, Gansey, Ellin, Hanger and Toner each to disgorge to plaintiffs all profits Innotrac, Dorfman, Gansey, Ellin, Hanger and Toner made through the sale of Innoctrac stock to Dadante acting as the representative of the IPOF Fund;

c. Grant each plaintiff judgment against Innotrac, Dorfman, Gansey, Ellin, Hanger and Toner, jointly and severally, in an amount equal to the economic losses that each plaintiff has suffered;

d. Grant each plaintiff judgment against Innotrac, Dorfman, Gansey, Ellin, Hanger and Toner, jointly and severally, in an amount equal to three (3) times the economic losses each plaintiff has suffered;

e. Grant each plaintiff judgment against Innotrac, Dorfman, Gansey, Ellin, Hanger and Toner, jointly and severally, for compensatory damages to be determined at trial but in no event less than One Hundred Thousand Dollars ($100,000.00) per plaintiff;

f. Grant each plaintiff judgment against Innotrac, Dorfman, Gansey, Ellin, Hanger and Toner, jointly and severally, for punitive damages to be determined at trial but in no event less than Two Hundred Fifty Thousand Dollars ($250,000.00) per plaintiff;

g.  Grant plaintiffs judgment against Innotrac, Dorfman, Gansey, Ellin, Hanger and Toner, jointly and severally, for interest on all sums found to be due to plaintiffs;

h.  Grant plaintiffs judgment against Innotrac, Dorfman, Gansey, Ellin, Hanger and Toner, jointly and severally, for the costs of this action including the reasonable attorney fees incurred by plaintiffs in the prosecution of this action, and

i.  Grant plaintiffs any further relief that this Court deems to be equitable and just.

Michael J. Cheselka, Jr. Ohio Bar No. 0076667
MICHAEL J. CHESELKA, JR LLC
75 Public Square, Suite 920
Cleveland, Ohio 44114
(216) 696-0442
FAX:  (216) 696-0075
E-Mail:  michael@mcheselka.org
Attorney For Plaintiffs